Order issued September 25, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00224-CR

### JORGE SUAREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 11
Dallas County, Texas
Trial Court Cause No. MA10-72305-N**

## ORDER

On August 27, 2012, this Court ordered court reporter Vicki Tuck to file, by September 10, 2012, the reporter's record of the April 4, 2012 indigency hearing. However, the record before the Court reflects Vearneas Faggett is the court reporter who recorded the April 4, 2012 hearing. We also ordered the Dallas County Clerk to file, by September 10, 2012, a supplemental record containing any motions, responses, and rulings concerning the April 4, 2012 hearing. To date, we have not received either the reporter's record or the supplemental clerk's record.

Accordingly, we **ORDER** court reporter Vearneas Faggett to file, by **OCTOBER 5, 2012**, the reporter's record of the April 4, 2012 hearing. If Ms. Tuck does not file the record by the date specified, the Court will order that she not sit as a court reporter until she files the record of the April 4, 2012 hearing.

We **ORDER** the Dallas County Clerk to file, by **OCTOBER 5, 2012**, a supplemental record

containing any motions, responses, and rulings concerning the April 4, 2012 hearing. If we do not receive the supplemental record by the date specified, we will utilize the available remedies to obtain that record.

If appellant contests the trial court's determination of non-indigence, his motion raising that issue must be filed by **OCTOBER 12, 2012** and any response by the State is due by **OCTOBER 19, 2012**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following:

- Honorable Elizabeth Frizzell, Presiding Judge, County Criminal Court No. 11;

- Vearneas Faggett, Certified Court Reporter;

- John Warren, Dallas County Clerk;

- Dallas County Clerk, Criminal Records Division; and

- Counsel for all parties.

DAVID L. BRIDGES
JUSTICE